# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CARLOS OCASIO VAZQUEZ,

        Plaintiff,

v.                                      Case No. 6:20-cv-2361-JRK

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

        Defendant.
_____/

## **O R D E R**[1]

This cause is before the Court on the Mandate and attached Order issued by the United States Court of Appeals for the Eleventh Circuit on November 21, 2022 (Doc. No. 27; "Mandate and Order"). The Mandate and Order remands the matter to this Court, on the Commissioner's unopposed motion, "with instructions to enter judgment and remand the matter to the Commissioner for the purpose of conducting further proceedings, as provided for by sentence four of 42 U.S.C. § 405(g)." Accordingly, it is

**ORDERED:**

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. See Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. No. 15), filed July 1, 2021; Reference Order (Doc. No. 17), entered July 6, 2021.

The Clerk of Court is directed to enter judgment **REMANDING** this case to the Commissioner for the purpose of conducting further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The file shall remain closed.

**DONE AND ORDERED** in Jacksonville, Florida on December 22, 2022.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record